UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
AZUR PHARMA, INC.,                      :
                                        :
                      Plaintiff,        :        **O R D E R**
                                        :
      - against -                       :        10 Civ. 207 (NRB)
                                        :
TRIGEN LABORATORIES, INC.               :
                                        :
                      Defendant.        :
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/10

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      The parties having reached a settlement in open Court and on

the record on May 24, 2010, it is

      **ORDERED** that the above-captioned action be, and hereby is,

dismissed.


DATED:    New York, New York
          May 24, 2010


                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE